1  **PERKINS COIE LLP**
   Tara McGrath, Bar No. 254209
2  (admission to the Central District of California pending)
3  TMcGrath@perkinscoie.com
   11452 El Camino Real Ste 300
4  San Diego, CA 92130-2080
5  Telephone: +1.858.720.5700
   Facsimile: +1. 858.720.5799
6

7  Oliver M. Gold, Bar No. 279033
   OGold@perkinscoie.com
8  1888 Century Park E, Suite 1700
9  Los Angeles, CA 90067-1721
   Telephone: +1.310.788.9900
10 Facsimile: +1.202.654.6211

11
   David W. T. Daniels, Bar No. 172791
12 DDaniels@perkinscoie.com
13 Michael R. Huston (*pro hac vice* application forthcoming)
   MHuston@perkinscoie.com
14 700 Thirteenth Street, N.W., Suite 800
15 Washington, D.C. 20005-3960
   Telephone: +1.202.654.6200
16 Facsimile: +1.202.654.6211

17
   David B. Massey (*pro hac vice* application forthcoming)
18 DMassey@perkinscoie.com
19 1155 Avenue of the Americas, 22nd Floor
   New York, New York 10036-2711
20 Telephone: +1.212.262.6900
21 Facsimile: +1.212.977.1649

22
   Attorneys for Plaintiff Uber Technologies, Inc.
23

24

25

26

27

28

-1-

CaseNumber
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOWNTOWN LA LAW GROUP, IGOR FRADKIN, THE LAW OFFICES OF JACOB EMRANI, JACOB EMRANI, GSK SPINE, GREG KHOUNGANIAN, and RADIANCE SURGERY CENTER, <br><br> Defendants. | Case No. <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Uber
2 Technologies, Inc. ("Uber"), by and through its attorneys, Perkins Coie LLP, certifies
3 as follows:
4    Uber is a publicly held corporation with no parent company. Furthermore,
5 based solely on filings with the U.S. Securities and Exchange Commission regarding
6 beneficial ownership of its stock, Uber is unaware of any shareholder who
7 beneficially owns more than 10% of Uber's outstanding stock.

Dated: July 21, 2025                **PERKINS COIE LLP**

By: */s/ Oliver M. Gol*d
    Tara McGrath, Bar No. 254209
    (admission to the Central District of
    California pending)
    TMcGrath@perkinscoie.com
    11452 El Camino Real Ste 300
    San Diego, CA 92130-2080
    Telephone: +1.858.720.5700
    Facsimile: +1.858.720.5799

    Oliver M. Gold, Bar No. 279033
    OGold@perkinscoie.com
    1888 Century Park E, Suite 1700
    Los Angeles, CA 90067-1721
    Telephone: +1.310.788.9900
    Facsimile: +1.202.654.6211

    David W. T. Daniels, Bar No. 172791
    DDaniels@perkinscoie.com
    Michael R. Huston (*pro hac vice*
    application forthcoming)
    MHuston@perkinscoie.com
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: +1.202.654.6200
    Facsimile: +1.202.654.6211

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  | David B. Massey (*pro hac vice* application forthcoming) |
| 3  | DMassey@perkinscoie.com                              |
| 4  | 1155 Avenue of the Americas, 22nd Floor              |
| 5  | New York, New York 10036-2711                        |
| 6  | Telephone: +1.212.262.6900                           |
|    | Facsimile: +1.212.977.1649                           |
| 7  |                                                      |
| 8  | Attorneys for Plaintiff                              |
|    | Uber Technologies, Inc.                              |