NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Oliver M. Gold, Bar No. 279033
Perkins Coie LLP
1888 Century Park E, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900

ATTORNEY(S) FOR: Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Uber Technologies, Inc.

Plaintiff(s),

v.

Downtown LA Law Group, Igor Fradkin, The Law Office of Jacob Emrani, Jacob Emrani, GSK Spine, Greg Khounganian, Radiance Surgery Center

Defendant(s)

CASE NUMBER: 2:25-cv-06612

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Uber Technologies, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Uber Technologies, Inc. | Plaintiff |
| Downtown LA Law Group | Defendant |
| Igor Fradkin | Defendant |
| The Law Offices of Jacob Emrani | Defendant |
| Jacob Emrani | Defendant |
| GSK Spine | Defendant |
| Greg Khounganian | Defendant |
| Radiance Surgery Center | Defendant |

July 21, 2025
Date

/s/ Oliver M. Gold
Signature

Attorney of record for (or name of party appearing in pro per):

Uber Technologies, Inc.