**WINSTON & STRAWN LLP**
David Scheper (SBN 120174)
dscheper@winston.com
Alexander Cote (SBN 211558)
ACote@winston.com
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1700
Facsimile: +1 213-615-1750

Attorneys for Defendants
Downtown LA Law Group and Igor Fradkin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOWNTOWN LA LAW GROUP, IGOR FRADKIN, THE LAW OFFICES OF JACOB EMRANI, JACOB EMRANI, GSK SPINE, GREG KHOUNGANIAN, and RADIANCE SURGERY CENTER, <br><br> Defendants. | **Case No. 2:25-cv-06612** <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: August 27, 2025 <br> Current response date: September 16, 2025 <br> New response date: October 16, 2025 |

# STIPULATION

WHEREAS, plaintiff Uber Technologies, Inc. ("Plaintiff") filed the Complaint against Defendants Downtown LA Law Group, Igor Fradkin, The Law Offices of Jacob Emrani, Jacob Emrani, Greg Khounganian and Radiance Surgery Center ("Defendants") in the United States District Court, Central District of California, on July 21, 2025;

WHEREAS, the existing deadlines for Defendants to answer or otherwise respond to the Complaint are on or after September 16, 2025;

WHEREAS, no Defendant has requested any prior extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Local Rule 8-3 allows parties to stipulate to extend the deadline to answer or otherwise respond to an initial complaint by up to 30 days without court order;

WHEREAS, to promote judicial economy and efficiency, Defendants have requested, and Plaintiff has agreed to allow, an extension of time for Defendants to answer or otherwise respond to the Complaint up to and including October 16, 2025;

Based on the foregoing, Plaintiff and Defendants, through their respective counsel of record, hereby stipulate and agree that Defendants shall have until October 16, 2025, to answer or otherwise respond to the Complaint.

Dated: September 11, 2025                WINSTON & STRAWN LLP

By: /s/ Alexander H. Cote
    David C. Scheper
    Alexander H. Cote

    Attorneys for Defendants Downtown LA
    Law Group and Igor Fradkin

*Signatures continue on following page.*

Dated: September 11, 2025                HUESTON HENNIGAN LLP

                By: /s/ Marshall Camp
                  John Hueston
                  Marshall Camp
                  Bram Alden

                Attorneys for Defendants Jacob Emrani and The Law Offices of Jacob Emrani

Dated: September 11, 2025                HALPERN MAY YBARRA GELBERG LLP

                By: /s/ Grant Gelberg
                  Grant Gelberg
                  S. Albert Wang

                Attorneys for Defendant Radiance Surgery Center

Dated: September 11, 2025                LARSON LLP

                By: /s/ John Lee
                  Stephen Larson
                  John Lee
                  Amelia Sargent

                Attorneys for Defendant Dr. Greg Khounganian

Dated: September 11, 2025                PERKINS COIE LLP

                By: /s/ Oliver Gold
                  Oliver Gold

                Attorneys for Plaintiff Uber Technologies, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 11, 2025         WINSTON & STRAWN LLP

By: /s/ Alexander H. Cote
    David C. Scheper
    Alexander H. Cote

    Attorneys for Defendants Downtown LA
    Law Group and Igor Fradkin