1 | **PERKINS COIE LLP**
2 | Tara McGrath, Bar No. 254209
  | TMcGrath@perkinscoie.com
3 | 11452 El Camino Real Ste 300
  | San Diego, CA 92130-2080
4 | Telephone: +1.858.720.5700
  | Facsimile: +1.858.720.5799
5 |
6 | Oliver M. Gold, Bar No. 279033
  | OGold@perkinscoie.com
7 | 1888 Century Park E, Ste 1700
  | Los Angeles, CA 90067-1721
8 | Telephone: +1.310.788.9900
  | Facsimile: +1.202.654.6211
9 |
10 | Attorneys for Plaintiff Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNTOWN LA LAW GROUP, IGOR FRADKIN, THE LAW OFFICES OF JACOB EMRANI, JACOB EMRANI, GSK SPINE, GREG KHOUNGANIAN, and RADIANCE SURGERY CENTER,<br><br>Defendants. | **Case No. 2:25-cv-06612-SPG-PD**<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS**<br><br>Complaint Served: September 5, 2025<br>Current response date: October 16, 2025<br>New response date: November 14, 2025 |

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS
1   Case No. 2:25-cv-06612-SPG-PD

184080769.2

# STIPULATION

**WHEREAS**, Plaintiff Uber Technologies, Inc. ("Plaintiff") filed the Complaint against Defendants Downtown LA Law Group, Igor Fradkin, The Law Offices of Jacob Emrani, Jacob Emrani, Greg Khounganian and Radiance Surgery Center ("Defendants") in the United States District Court, Central District of California, on July 21, 2025;

**WHEREAS**, the parties previously stipulated on an extension of time to answer or respond under Local Rule 8-3, which granted each Defendant up to a 30-day extension to respond to Plaintiff's Complaint, such that the existing deadline for Defendants to answer or otherwise respond to the Complaint is October 16, 2025;

**WHEREAS**, since their last stipulation, the parties have met and conferred extensively on scheduling the Defendants' anticipated responsive motions, which include motions to dismiss and special motions to strike under Cal. Civ. Pro. Code § 425.16 ("anti-SLAPP Motions");

**WHEREAS**, the parties have also discussed the legal arguments to be made in the motions to dismiss and anti-SLAPP Motions, to streamline motion practice pleading challenges and ease the burden on the Court;

**WHEREAS**, the parties agree that there is good cause to further extend Defendants' deadline to respond to Plaintiff's Complaint;

**WHEREAS**, the parties further agree that additional time will be required for the parties to fully brief the issues expected to be raised by Defendants' anticipated motions;

**WHEREAS**, the parties intend for this Stipulation to supersede the parties' pending request for the Court to enter an order on the prior stipulation pending at ECF No. 54;

**WHEREAS**, the parties therefore agree to the following briefing schedule on Defendants' anticipated motions and Plaintiff's response to the same: Defendants' opening motions will be filed on or before November 14, 2025; Plaintiff's deadline to amend its Complaint, if it so chooses, is December 19, 2025; alternatively, Plaintiff's deadline to file its oppositions to Defendants' motions is January 20, 2026; Defendants' replies, if any,

will be filed on or before February 19, 2026. Defendants will set their motions for hearing on March 5, 2026 or the earliest available date thereafter.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants' deadline to respond to the initial Complaint is extended to November 14, 2025.
2. Defendants' opening motions will be filed on or before November 14, 2025.
3. Plaintiff's deadline to amend the Complaint, if it so chooses, is December 19, 2025.
4. Alternatively, Plaintiff's oppositions will be filed on or before January 20, 2026.
5. Defendants' replies, if any, will be filed on or before February 19, 2026.
6. Defendants will set their motions for hearing on March 5, 2026 or the earliest available date thereafter.

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS

3    CASE NO. 2:25-cv-06612-SPG-PD

184080769.2

| | | |
|---|---|---|
| 1 | Dated: October 15, 2025 | PERKINS COIE LLP |
| 2 | | |
| 3 | | By: /s/ Oliver Gold |
| | |    Oliver Gold |
| 4 | |    Tara McGrath |

Attorneys for Plaintiff
Uber Technologies, Inc.

Dated: October 15, 2025   HUESTON HENNIGAN LLP

By: /s/ Bram Alden
   John Hueston
   Marshall Camp
   Bram Alden

Attorneys for Defendants Jacob Emrani and
The Law Offices of Jacob Emrani

Dated: October 15, 2025   HALPERN MAY YBARRA GELBERG LLP

By: /s/ Grant Gelberg
   Grant Gelberg
   S. Albert Wang

Attorneys for Defendant
Radiance Surgery Center

Dated: October 15, 2025   LARSON LLP

By: /s/ Amelia Sargent
   Stephen Larson
   John Lee
   Amelia Sargent

Attorneys for Defendant
Dr. Greg Khounganian

Dated: October 15, 2025

WINSTON & STRAWN LLP

By: /s/ Alexander H. Cote
David C. Scheper
Alexander H. Cote

Attorneys for Defendants Downtown LA Law Group and Igor Fradkin

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS

5          CASE NO. 2:25-cv-06612-SPG-PD

184080769.2

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 15, 2025             PERKINS COIE LLP

                                    By: /s/ Oliver Gold
                                        Oliver Gold
                                        Tara McGrath

                                        Attorneys for Plaintiff
                                        Uber Technologies, Inc.

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS
6     CASE NO. 2:25-cv-06612-SPG-PD

184080769.2