**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC., | Case No. 2:25-cv-06612-SPG-PD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANTS' OPENING MOTIONS [ECF NO. 55]** |
| v. | |
| DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; GSK SPINE; GREG KHOUNGANIAN; and RADIANCE SURGERY CENTER, | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Defendants' Time to Respond to Initial Complaint and Set Briefing Schedule on Defendants' Opening Motions (ECF No. 55 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to respond to the initial Complaint is extended to November 14, 2025;

2. Defendants' opening motions, if any, will be filed on or before November 14, 2025;

1

3. Plaintiff's deadline to amend the Complaint, if it chooses to do so, is December 19, 2025;

4. Alternatively, Plaintiff's oppositions, if any, will be filed on or before January 20, 2026;

5. Defendants' replies, if any, will be filed on or before February 19, 2026; and

6. Defendants will set their motions for hearing on March 5, 2026, or the earliest available date thereafter.

**IT IS SO ORDERED.**

Dated: October 20, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE