UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; GSK SPINE; GREG KHOUNGANIAN; and RADIANCE SURGERY CENTER, <br><br> Defendants. | Case No. 2:25-cv-06612-SPG-PD <br><br> **ORDER GRANTING STIPULATION TO PERMIT GREG KHOUNGANIAN TO FILE A CONSOLIDATED 50-PAGE MEMORANDUM OF POINTS AND AUTHORITIES [ECF NO. 59]** |

Before the Court is the Joint Stipulation to File Consolidated Memorandum of 50 Pages in Support of Greg Khounganian's Motion to Dismiss Under FRCP 12 and Special Motion to Strike Under Cal. Code Civ. Proc. § 425.16. (ECF No. 59 ("Stipulation")).

Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that Defendant Greg Khounganian may file a single consolidated memorandum of points and authorities in support of his motions to dismiss for failure to state a claim under Federal Rule of Civil Procedure

12(b)(6) and to strike under California Code of Civil Procedure § 425.16 of no more than 50 pages.

**IT IS SO ORDERED.**

Dated: November 14, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE