UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UBER TECHNOLOGIES, INC., | Case No. 2:25-cv-06612-SPG-PD |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO PERMIT JACOB EMRANI AND THE LAW OFFICES OF JACOB EMRANI TO FILE A CONSOLIDATED 45-PAGE MEMORANDUM OF POINTS AND AUTHORITIES [ECF NO. 58]** |
| v. | |
| DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; GSK SPINE; GREG KHOUNGANIAN; and RADIANCE SURGERY CENTER, | |
| Defendants. | |

Before the Court is the Stipulation to File Consolidated Memorandum of 45 Pages in Support of Jacob Emrani's and the Law Offices of Jacob Emrani's Motion to Dismiss Under FRCP 12 and Special Motion to Strike Under Cal. Code Civ. Proc. § 425.16.  (ECF No. 58 ("Stipulation")).

Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that Defendants Jacob Emrani and the Law Offices of Jacob Emrani together may file a single consolidated memorandum of points and authorities in support of their motions to dismiss for failure to state a

1

claim under Federal Rule of Civil Procedure 12(b)(6) and to strike under California Code of Civil Procedure § 425.16 of no more than 45 pages.

**IT IS SO ORDERED.**

Dated: November 14, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE