Christian Franco
Phone: 323.481.6426
Email: crf222@nyu.edu
*(Address withheld – requesting anonymity)*

**CLERK, U ... ICT COURT**

DEC – 1 2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY      rsm                DEPUTY

**Clerk of the Court**
United States District Court
Central District of California
350 W. 1st Street
Los Angeles, CA 90012

## Re: Witness Notice – Uber Technologies, Inc. v. Downtown LA Law Group LLP et al.

### Case No.: 2:25-cv-06612

Dear Clerk of the Court,

I, Christian Franco, respectfully submit this letter to notify the Court that I am a willing and available witness in the above■referenced matter. I possess firsthand information relevant to the issues raised in this case and am fully prepared to cooperate, including providing testimony or a sworn written declaration if requested.

I am formally requesting **anonymity** at this stage of the proceedings. For safety and privacy reasons, I am withholding my residential address and request that all communications be directed to me via the phone number or email listed above.

I respectfully request instructions from the Court or the appropriate party regarding the proper procedure for submitting witness information or supporting documentation while maintaining confidentiality and ensuring compliance with Court rules.

Please confirm receipt of this notice and advise regarding the next steps for witness coordination.

Respectfully submitted,

Christian Franco

SANTA CLARITA CA  913

25 NOV 2025 PM

FOREVER USA

Clerk of the court

United States District court

Central District of California

350 W. 1st Street

Los Angeles, CA 90012

90012-459525

CLERK U.S.
DISTRICT COURT
DEC - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY