UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06612-SPG-PD | Date | December 23, 2025 |
| Title | Uber Technologies, Inc. v. Downtown LA Law Group, et al. | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DENYING, AS MOOT, DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT [ECF NO. 60, 61, 65, 66, 67, 68]**

Before the Court are the Motions to Dismiss and Motions to Strike Plaintiff's Complaint, filed by various Defendants. (ECF Nos. 60, 61, 65, 66, 67, 68). On December 19, 2025, Plaintiff filed a First Amended Complaint, which was timely pursuant to the Parties' stipulation at ECF No. 55. "It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (internal quotation marks and citation omitted). Moreover, as Plaintiff argues, all state-law claims that were the subject of Defendants' motions to strike have been omitted from the First Amended Complaint.

Accordingly, Defendants' Motions are DENIED as moot. Defendants shall file responsive pleadings in accordance with the deadlines and briefing schedules set out in the Federal Rules of Civil Procedure and Local Rules. Alternatively, the Parties may submit a new stipulation setting the deadlines and briefing schedules relating to the First Amended Complaint.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg