# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN, <br><br> Defendants. | Case No. 2:25-cv-06612-SPG-PD <br><br> **ORDER GRANTING JOINT STIPULATION TO SET (1) BRIEFING SCHEDULE ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTIONS FOR ATTORNEYS' FEES AND (2) PAGE LIMITS FOR BRIEFS RELATED TO MOTIONS TO DISMISS [ECF NO. 80]** |

Before the Court is the Joint Stipulation To Set (1) Briefing Schedule on Motions to Dismiss the First Amended Complaint and Motions for Attorneys' Fees and (2) Page Limits for Briefs Related to Motions to Dismiss. (ECF No. 80 ("Stipulation")). The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' opening motions to dismiss the First Amended Complaint and any motions by Defendants or Radiance Surgery Center for attorneys' fees shall be filed on or before January 23, 2026.
2. Plaintiff's opposition(s) to Defendants' motions to dismiss the First Amended Complaint and any motions for attorneys' fees by Defendants or Radiance shall be filed on or before March 23, 2026.
3. Defendants' and Radiance's replies in support of their motions shall be filed on or before April 15, 2026.
4. The law firms representing both entity and individual defendants may file either separate briefs in support of their motions to dismiss of no more than 25 pages each or a combined motion to dismiss brief of no more than 50 pages for both the entity and individual defendants together.
5. Plaintiff may file an omnibus opposition brief to all Defendants' motions to dismiss of no more than the combined total length of all Defendants' opening briefs in support of their motions to dismiss.
6. Each defendant may file a reply brief of no more than 15 pages or, in the alternative, any entity and individual defendant represented by the same law firm may file a combined reply brief of no more than 30 pages.

**IT IS SO ORDERED.**

DATED: January 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER