UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., | Case No. 2:25-cv-06612-SPG-PD |
| Plaintiff, | **JOINT STIPULATION TO SET (1) NEW HEARING DATE ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTIONS FOR PREVAILING PARTY STATUS AND/OR ATTORNEYS' FEES, AND (2) EXTEND DEADLINE FOR REPLY BRIEFS** |
| v. | |
| DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN, | |
| Defendants. | |

JOINT STIPULATION TO SET NEW HEARING DATE AND EXTEND DEADLINE FOR REPLY BRIEFS

WHEREAS, this Court continued the hearing on Defendants' Motions to Dismiss the First Amended Complaint and Defendants' and former Defendant's Motions to Be Deemed Prevailing Parties and/or for Attorneys' Fees Pursuant to Code Civ. Proc. § 425.16 (ECF Nos. 87, 88, 93, 94, 96, 97, 98) (the "Motions") to May 6, 2026 at 1:30 p.m.;

WHEREAS, this Court's Order contemplated that "[t]o the extent the parties are unavailable at the time set by the Court, the Court will accept a stipulation setting the hearing for a mutually agreeable date and time;"

WHEREAS, certain Parties are unavailable on May 6, 2026 at 1:30 p.m.;

WHEREAS, the Parties have conferred and agree that May 20, 2026 at 1:30 p.m. is a mutually agreeable date and time;

WHEREAS, Plaintiff does not oppose permitting the moving parties to file their reply briefs for the Motions on or before May 6, 2026 if the hearing is moved to May 20, 2026;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The mutually agreeable proposed date and time for the hearing on the Motions is May 20, 2026 at 1:30 p.m.;

2. Plaintiff does not oppose a Court order permitting the moving parties to file their reply briefs in support of their Motions on or before May 6, 2026.

Dated:  April 9, 2026                    HUESTON HENNIGAN LLP

By: /s/ Bram M. Alden
_____
John C. Hueston
Marshall A. Camp
Bram M. Alden
Stewart Rickert
*Attorneys for Defendants Jacob*
*Emrani and The Law Offices of*
*Jacob Emrani*

JOINT STIPULATION TO SET NEW HEARING DATE AND EXTEND DEADLINE FOR REPLY BRIEFS

Dated:  April 9, 2026                    WINSTON & STRAWN LLP


By:/s/ Alexander H. Cote
    David C. Scheper
    Alexander H. Cote
    *Attorneys for Defendants Downtown*
    *LA Law Group and Igor Fradkin*


Dated:  April 9, 2026                    LARSON LLP


By: /s/ Amelia L.B. Sargent
    Stephen Larson
    John Lee
    Amelia L.B. Sargent
    *Attorneys for Defendants Dr. Greg*
    *Khounganian and Valley Orthopedic*
    *and Spine Center*


Dated:  April 9, 2026                    HALPERN MAY YBARRA GELBERG


By: /s/ S. Albert Wang
    Grant Gelberg
    S. Albert Wang
    *Attorneys for Radiance Surgery*
    *Center*


Dated:  April 9, 2026                    PERKINS COIE LLP


By: /s/ Oliver Gold
    Oliver Gold
    Gillian Kuhlmann
    Joshua Patashnik
    *Attorneys for Plaintiff Uber*
    *Technologies, Inc.*

- 2 -

## <u>ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 9, 2026                                        HUESTON HENNIGAN LLP


By: /s/ Bram M. Alden
    John C. Hueston
    Marshall A. Camp
    Bram M. Alden
    Stewart Rickert
    *Attorneys for Jacob Emrani and The*
    *Law Offices of Jacob Emrani*