**WINSTON & STRAWN LLP**
David Scheper (SBN 120174)
dscheper@winston.com
Alexander Cote (SBN 211558)
acote@winston.com
Katelyn Taira (SBN 359683)
ktaira@winston.com
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:  +1 213-615-1700
Facsimile:   +1 213-615-1750

Attorneys for Defendants
Igor Fradkin and Downtown LA Law Group

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN, <br><br> Defendants. | **Case No. 2:25-cv-06612** <br><br> **JOINT STIPULATION TO (1) EXTEND DEADLINE FOR REPLY BRIEFS AND (2) SET NEW HEARING DATE ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTIONS FOR PREVAILING PARTY STATUS AND/OR ATTORNEYS' FEES** |

WHEREAS, Defendants' and former Defendant Radiance Surgery Center's Motions to Dismiss the First Amended Complaint and Motions to Be Deemed Prevailing Parties and/or for Attorneys' Fees Pursuant to Code Civ. Proc. § 425.16 (ECF Nos. 87, 88, 93, 94, 96, 97, 98, 99, 100) (the "Motions") are currently set for hearing on May 20, 2026 at 1:30 p.m., with reply briefs in support of the Motions due on or before May 6, 2026;

WHEREAS, counsel for Defendants Downtown LA Law Group and Igor Fradkin recently suffered the death of a close family member and requires additional time to prepare reply briefs in support of the Defendants Igor Fradkin's and Downtown LA Law Group's Motions to Dismiss (ECF Nos. 93, 94);

WHEREAS, counsel for Plaintiff Uber Technologies, Inc. will be unavailable on May 20, 2026 due to a family emergency;

WHEREAS, the Parties have conferred and agree that a two-week extension of the deadline for reply briefs, from May 6, 2026 to May 20, 2026, is appropriate under the circumstances;

WHEREAS, the earliest date counsel for the Parties are all available for oral argument is June 24, 2026 at 1:30 p.m.;

WHEREAS, the Parties agree that the extended reply deadline and new hearing date should apply uniformly to all of the Motions—including all motions to dismiss and all motions for prevailing party status and/or attorneys' fees—for the Court's convenience and to maintain a unified briefing and hearing schedule, although not all Defendants have pending motions for attorneys' fees.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The deadline for all moving parties to file their reply briefs in support of the Motions (ECF Nos. 87, 88, 93, 94, 96, 97, 98, 99, 100) shall be extended from May 6, 2026 to May 20, 2026.

2. The hearing on the Motions (ECF Nos. 87, 88, 93, 94, 96, 97, 98, 99, 100) shall be continued from May 20, 2026 at 1:30 p.m. to June 24, 2026 at 1:30 p.m.

Dated: May 4, 2026                          WINSTON & STRAWN LLP

                                             /s/ David Scheper
                                            David Scheper
                                            Alexander H. Cote
                                            Katelyn Taira
                                            *Attorneys for Defendants*
                                            *Igor Fradkin and Downtown LA Law Group*

Dated: May 4, 2026                          PERKINS COIE LLP

                                             /s/ Oliver Gold
                                            Oliver Gold
                                            Joshua Patashnik
                                            *Attorneys for Plaintiff*
                                            *Uber Technologies, Inc.*

Dated: May 4, 2026                          LARSON LLP

                                             /s/ Amelia L.B. Sargent
                                            Stephen Larson
                                            John Lee
                                            Amelia L.B. Sargent
                                            *Attorneys for Defendants*
                                            *Dr. Greg Khounganian and Valley Orthopedic*
                                            *and Spine Center*

Dated: May 4, 2026                          HALPERN MAY YBARRA GELBERG

                                             /s/ Grant Gelberg
                                            Grant Gelberg
                                            S. Albert Wang
                                            *Attorneys for Former Defendant*
                                            *Radiance Surgery Center*

Dated: May 4, 2026                    HUESTON HENNIGAN LLP

                                       */s/ Bram M. Alden*
                                      John C. Hueston
                                      Marshall A. Camp
                                      Bram M. Alden
                                      Stewart Rickert
                                      *Attorneys for Defendants*
                                      *Jacob Emrani and The Law Offices of Jacob*
                                      *Emrani*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 4, 2026                    WINSTON & STRAWN LLP


By: */s/ David Scheper*
David Scheper
Alexander Cote
Katelyn Taira