**PERKINS COIE LLP**
Oliver M. Gold, Cal. Bar No. 279033
OGold@perkinscoie.com
Gillian Kuhlmann, Cal. Bar No. 316241
GKuhlmann@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.202.654.6211

David W. T. Daniels, Bar No. 172791
DDaniels@perkinscoie.com
Michael R. Huston, *pro hac vice*
MHuston@perkinscoie.com
700 Thirteenth Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Joshua Patashnik, Cal. Bar No. 295120
JPatashnik@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

David B. Massey, *pro hac vice*
DMassey@perkinscoie.com
1155 Avenue of the Americas, 22nd Fl.
New York, NY 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Attorneys for Plaintiff Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOWNTOWN LA LAW GROUP, IGOR FRADKIN, THE LAW OFFICES OF JACOB EMRANI, JACOB EMRANI, VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN, <br><br> Defendants. | Case No. 2:25-cv-06612-SPG-PD <br><br> **PLAINTIFF UBER TECHNOLOGIES, INC.'S REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

## <u>REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Pursuant to Local Rule 7-10, Plaintiff Uber Technologies, Inc. ("Plaintiff") respectfully requests leave to file the Notice of Supplemental Authority attached to this request as Exhibit A. C.D. Cal. R. 7-10 (allowing further briefing after a reply only with prior written authorization of the Court); *see also Riot Games, Inc. v. Suga PTE, Ltd.*, 638 F. Supp. 3d 1102, 1111 n.1 (C.D. Cal. 2022) (declining to consider notice of supplemental authority because noticing party did not request leave to file that notice). Plaintiff's Notice of Supplemental Authority is appropriate and necessary to inform the Court of a May 11, 2026 decision by another federal district court (attached to this request as Exhibit B) in an analogous case that bears on the arguments currently under consideration by this Court in Defendants' motions to dismiss. *See Nichols v. Harris*, 17 F. Supp. 3d 989, 996 n.3 (C.D. Cal. 2014) ("Filing a notice of supplemental authority to inform the Court of a new judicial opinion that has been issued is appropriate," so long as it is not an "occasion to argue outside the pleadings."). The decision discussed in the Notice of Supplemental Authority was issued well after Plaintiff filed its opposition to Defendants' motions to dismiss.

Dated: May 13, 2026          **PERKINS COIE LLP**

By: */s/ Oliver M. Gold*
    Oliver M. Gold, Cal. Bar No. 279033
    OGold@perkinscoie.com
    Gillian Kuhlmann, Cal. Bar No. 316241
    GKuhlmann@perkinscoie.com
    1888 Century Park East, Suite 1700
    Los Angeles, CA 90067-1721
    Telephone: +1.310.788.9900
    Facsimile: +1.202.654.6211

    Joshua Patashnik, Cal. Bar No. 295120
    JPatashnik@perkinscoie.com
    11452 El Camino Real, Suite 300
    San Diego, CA 92130-2080
    Telephone: +1.858.720.5700
    Facsimile: +1.858.720.5799

    David W. T. Daniels
    DDaniels@perkinscoie.com
    Michael R. Huston, *pro hac vice*
    MHuston@perkinscoie.com
    700 Thirteenth Street, NW, Suite 800
    Washington, DC 20005-3960
    Telephone: +1.202.654.6200
    Facsimile: +1.202.654.6211

    David B. Massey, *pro hac vice*
    DMassey@perkinscoie.com
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10036-2711
    Telephone: +1.212.262.6900
    Facsimile: +1.212.977.1649

Attorneys for Plaintiff
Uber Technologies, Inc.