UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-06612-SPG-PD | Date | May 14, 2026 |
|---|---|---|---|
| Title | Uber Technologies, Inc. v. Downtown LA Law Group LLP, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 112]**

Before the Court is the Request for Leave to File Notice of Supplemental Authority, (ECF No. 112 ("Request")), filed by Plaintiff Uber Technologies, Inc. ("Plaintiff"). Plaintiff seeks leave to file a notice regarding a recent decision from Judge Mark A. Kearney in the Eastern District of Pennsylvania on a motion to dismiss in parallel litigation brought by Plaintiff against different defendants.

"Filing a notice of supplemental authority to inform the Court of a new judicial opinion that has been issued is appropriate, but it is an improper occasion to argue outside the pleadings." *Nichols v. Harris*, 17 F. Supp. 3d 989, 996 n.3 (C.D. Cal. 2014) (citation omitted), *vacated on other grounds by Nichols v. Newsom*, No. 14-55873, 2022 WL 4295404 (9th Cir. Sept. 12, 2022). The decision Plaintiff seeks to notice was issued on May 11, 2026, well after Plaintiff's deadline to file an opposition to Defendants' motions. Defendants' deadline to reply in support of the motions has not yet passed, so Defendants will suffer no prejudice from the Court accepting the notice of supplemental authority.

Accordingly, the Court GRANTS the Request and deems the Notice of Supplemental Authority at ECF No. 11-2-1 filed, though the Court will not consider any arguments raised in the Notice. Defendants may respond to Judge Kearney's order in their reply briefs.

**IT IS SO ORDERED.**

_____    :    _____

Initials of Preparer    pg