UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   CV 25-06612-SPG-PD | Date:   June 24, 2026 |
|---|---|

Title:   Uber Technologies, Inc. v. Downtown LA Law Group LLP et al

Present: The Honorable   **SHERILYN PEACE GARNETT, United States District Judge**

| Patricia Gomez | ECRO |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Oliver M. Gold | Alexander H. Cote |
| Michael Huston | Bram Alden |
| Gillian Kuhlmann | John Charles Hueston |
| | John Lee |
| | Stephen Gerard Larson |
| | Grant G. Gelberg |

**Proceedings:**   MOTION TO DISMISS FIRST AMENDED COMPLAINT [87]
MOTION FOR ORDER FOR DEEMEING UNDER CODE OF CIVIL PROCEDURE [88]
MOTION TO DISMISS [93] [94]
MOTION TO DISMISS FIRST AMENDED COMPLAINT [96]
MOTION FOR DETERMINATION OF PREVAILING PARTY [97]
MOTION FOR DETERMINATION OF PREVAILING PARTY AND FOR ATTORNEY FEES [98] [99] [100]
(Hearing held)

Arguments by counsel are heard. The Court will consider all arguments and issue rulings on the motions.