**ASHURST PERKINS COIE US LLP**

Oliver M. Gold, Cal. Bar No. 279033
oliver.gold@ashurstperkins.com
Gillian Kuhlmann, Cal. Bar No. 316241
gillian.kuhlmann@ashurstperkins.com
1999 Century Park East, Suite 1000
Los Angeles, CA 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

David W. T. Daniels, Bar No. 172791
david.daniels@ashurstperkins.com
Michael R. Huston, *pro hac vice*
michael.huston@ashurstperkins.com
700 Thirteenth Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Joshua Patashnik, Cal. Bar No. 295120
joshua.patashnik@ashurstperkins.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

David B. Massey, *pro hac vice*
david.massey@ashurstperkins.com
1155 Avenue of the Americas, 22nd Fl.
New York, NY 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Attorneys for Plaintiff Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UBER TECHNOLOGIES, INC.,

Plaintiff,

v.

DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN,

Defendants.

Case No. 2:25-cv-06612

**JOINT STIPULATION TO EXTEND UBER TECHNOLOGIES, INC.'S DEADLINE TO AMEND COMPLAINT**

Judge: Hon. Sherilyn Peace Garnett
Complaint Filed: July 21, 2025
FAC Filed: December 19, 2025

WHEREAS, the Court issued an Order on June 24, 2026, granting in part and denying in part Defendants' Motions to Dismiss Plaintiff Uber Technologies, Inc.'s ("Plaintiff" or "Uber") First Amended Complaint with leave to amend, ECF No. 134 (hereafter, "Order");

WHEREAS, the Order directs that "[w]ithin twenty-one (21) days of the issuance of this Order, Plaintiff may file an amended complaint, addressing the deficiencies identified in this Order only," *id*. at 85;

WHEREAS, the current deadline for Uber to amend its First Amended Complaint in accordance with the Order is August 14, 2026;

WHEREAS, the Order directs Defendants to answer the operative complaint twenty-one days thereafter;

WHEREAS, on August 6, 2026, Defendants Jacob Emrani and The Law Offices of Jacob Emrani filed a Motion for Reconsideration or, in the Alternative, for Certification Under 28 U.S.C. §1292(b) and a Stay Pending Appeal, ECF No. 138 (hereafter, "Motion for Reconsideration or Certification"), which was joined by Defendants Downtown LA Law Group and Igor Fradkin, ECF No. 141, as well as by Defendants Valley Orthopedic and Spine Center d/b/a GSK Spine and Greg Khounganian, ECF No. 142;

WHEREAS, Defendants' Motion for Reconsideration or Certification is set for hearing before the Court on September 9, 2026;

WHEREAS, the Parties have conferred and agree that, in light of the outstanding Motion for Reconsideration or Certification, an extension of Uber's deadline to amend its First Amended Complaint from August 14, 2026 to September 30, 2026, is appropriate under the circumstances;

WHEREAS, the Parties have conferred and agree that it is also appropriate under the circumstances for the Defendants to have twenty-one (21) days after the filing of Uber's Second Amended Complaint to respond to the operative complaint;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The deadline for Uber to file its Second Amended Complaint in accordance with the Order shall be extended from August 14, 2026 to September 30, 2026;

2. The deadline for Defendants to respond to the Second Amended Complaint shall be twenty-one (21) days after the date that Uber files its Second Amended Complaint; and

3. If Uber does not file a Second Amended Complaint, the deadline for Defendants to answer Uber's First Amended Complaint shall be October 21, 2026.

A proposed order granting the extension of Uber's deadline to amend its First Amended Complaint from August 14, 2026 to September 30, 2026 is filed concurrently herewith.

Dated: August 11, 2026

ASHURST PERKINS COIE US LLP

*/s/ Oliver M. Gold*
Oliver M. Gold
David W. T. Daniels
Michael R. Huston
David B. Masey
Joshua Patashnik
Gillian Kuhlmann
*Attorneys for Plaintiff*
*Uber Technologies, Inc.*

Dated: August 11, 2026

WINSTON & STRAWN LLP

*/s/ David Scheper*
David Scheper
Alexander H. Cote
Katelyn Taira
*Attorneys for Defendants*
*Igor Fradkin and Downtown LA Law Group*

Dated: August 11, 2026

LARSON LLP

*/s/ John Lee*
Stephen Larson
John Lee
Amelia L.B. Sargent
*Attorneys for Defendants Dr. Greg Khounganian and Valley Orthopedic and Spine Center*

Dated: August 11, 2026

HUESTON HENNIGAN LLP

*/s/ Bram M. Alden*
John C. Hueston
Marshall A. Camp
Bram M. Alden
Stewart Rickert
*Attorneys for Defendants Jacob Emrani and The Law Offices of Jacob Emrani*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 11, 2026

ASHURST PERKINS COIE US LLP

By: *__/s/ Oliver M. Gold__*
Oliver M. Gold
David W. T. Daniels
Michael R. Huston
David B. Masey
Joshua Patashnik
Gillian Kuhlmann