**ASHURST PERKINS COIE US LLP**

Oliver M. Gold, Cal. Bar No. 279033
oliver.gold@ashurstperkins.com
Gillian Kuhlmann, Cal. Bar No. 316241
gillian.kuhlmann@ashurstperkins.com
1999 Century Park East, Suite 1000
Los Angeles, CA 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

David W. T. Daniels, Bar No. 172791
david.daniels@ashurstperkins.com
Michael R. Huston, pro hac vice
michael.huston@ashurstperkins.com
700 Thirteenth Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Joshua Patashnik, Cal. Bar No. 295120
joshua.patashnik@ashurstperkins.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

David B. Massey, pro hac vice
david.massey@ashurstperkins.com
1155 Avenue of the Americas, 22nd Fl.
New York, NY 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Attorneys for Plaintiff Uber Technologies, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UBER TECHNOLOGIES, INC.,

Plaintiff,

vs.

DOWNTOWN LA LAW GROUP; IGOR FRADKIN; THE LAW OFFICES OF JACOB EMRANI; JACOB EMRANI; VALLEY ORTHOPEDIC AND SPINE CENTER D/B/A GSK SPINE; and GREG KHOUNGANIAN,

Defendants.

**Case No. 2:25-cv-06612-SPG-PD**

**JOINT STIPULATION RESOLVING DEFENDANT GREG KHOUNGANIAN'S MOTION FOR ATTORNEYS' FEES**

Judge: Hon. Sherilyn Peace Garnett
Complaint Filed: July 21, 2025
FAC Filed: December 19, 2025

WHEREAS, the Court issued an Order on July 24, 2026, granting the Motion of Defendant Greg Khounganian ("Khounganian") to be Deemed Prevailing Party Pursuant to Code Civ. Proc. § 425.16, ECF No. 134 (hereafter, "Order");

WHEREAS, Khounganian and Plaintiff Uber Technologies, Inc. ("Uber" and, together, the "Parties") have met and conferred to negotiate a resolution of Khounganian's claim for attorneys' fees related to the Order;

WHEREAS, the Parties have agreed that, in lieu of Khounganian filing a motion for attorney's fees, Uber shall pay Khounganian $230,567.25 to fully resolve Khounganian's claim for attorneys' fees related to the Order;

WHEREAS, Uber has agreed to waive its right to appeal the Order;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Uber shall pay Khounganian $230,567.25;

2. Such payment shall fully resolve Khounganian's claim for attorneys' fees related to the Order; and

3. Uber waives its right to appeal the Order.

A proposed order to effectuate this stipulation is filed concurrently herewith.

Dated: September 28, 2026

ASHURST PERKINS COIE US LLP

By: */s/ Oliver Gold*

Oliver M. Gold
David W. T. Daniels
Michael R. Huston
David B. Masey
Joshua Patashnik
Gillian Kuhlmann
*Attorneys for Plaintiff*
*Uber Technologies, Inc.*

Dated: September 28, 2026

LARSON LLP

By: */s/ John Lee*

Stephen Larson
John Lee
Amelia Sargent
*Attorneys for Defendant*
*Dr. Greg Khounganian*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 28, 2026

ASHURST PERKINS COIE US LLP

By: */s/ Oliver Gold*

Oliver M. Gold
David W. T. Daniels
Michael R. Huston
David B. Masey
Joshua Patashnik
Gillian Kuhlmann

Attorneys for Plaintiff Uber Technologies, Inc.